IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21065
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISRAEL FLORES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-221-3
- - - - - - - - - -
October 17, 1997

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Israel Flores was convicted of conspiracy to commit wire fraud, mail fraud, use of a fictitious name, and money laundering and aiding and abetting mail and wire fraud. He argues that the district court erred in calculating his offense level by referring to the money-laundering guideline and erred in finding that the loss amount attributable to him was $244,341.60.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The district court did not erred in calculating his offense level by referring to the money-laundering guideline, U.S.S.G. § 2S1.1, because, of the related offenses of conviction, it carried the highest offense level.  See § 3D1.3(a).  The district court also did not err in relying upon the $244,341.60 loss amount calculated in the presentence report.  United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc); U.S.S.G. § 2F1.1.

AFFIRMED.